UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
GABRIELLE HOFFMAN, et ano.

                Plaintiffs,

     -against-                                  20-cv-8839 (LAK)

BRETT RATTNER,

                Defendant.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Jurisdiction is invoked pursuant to 28 U.S.C. § 1332. The complaint fails adequately to allege the existence of subject matter jurisdiction because, perhaps among other things, it fails adequately to allegethe citizenship of one or more natural persons. *See, e.g., Sun Printing & Publishing Ass'n v. Edwards,* 194 U.S. 377 (1904); *Leveraged Leasing Administration Corp.v. PacifiCorp Capital, Inc.,* 87 F.3d 44 (2d Cir. 1996).

       Absent the filing, on or before November 6, 2020, of an amended complaint adequately alleging the existence of subject matter jurisdiction, the action will be dismissed (or remanded).

       SO ORDERED.

Dated:     October 28, 2020

                                                                  _____
                                                                   Lewis A. Kaplan
                                                           United States District Judge