UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
GABRIELLE HOFFMAN, et ano.,

                Plaintiffs,

-against-                                      20-cv-8839 (LAK)

BRETT RATTNER,

                Defendant(s).
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      The Court's order, dated January 4, 2021, denying as moot defendant's motion to dismiss the complaint is vacated.

      SO ORDERED.

Dated:     January 5, 2021

                                                       Lewis A. Kaplan
                                                United States District Judge