UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
GABRIELLE HOFFMAN, etc., et ano.,

                Plaintiffs,

    -against-                                                     20-cv-8839 (LAK)

BRETT RATTNER,

                Defendant.
------------------------------------------------------------x
GABRIELLE HOFFMAN,

                Plaintiff,

    -against-                                                    21-cv-0052 (LAK)

BRETT RATTNER,

                Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendant's letter of January 13, 2021, docketed only in 21-cv-0052 though captioned in both cases, seeks relief in both cases. It was not, however, docketed as a motion in either.

        As defendant has requested, that letter will be treated as a motion in both cases. Plaintiffs shall file any response no later than January 27, 2021. Any reply papers shall be filed no later than February 3, 2021.

        SO ORDERED.

Dated:    January 14, 2021

                                                                        Lewis A. Kaplan
                                                                 United States District Judge